GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Kathryn Rios*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN RIOS, an individual;<br><br>Plaintiff,<br>vs.<br><br>DESTINATIONS BY DESIGN, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No: 2:21-cv-00831-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Kathryn Rios and Defendant Destinations by Design, Inc., through their respective attorneys of record, that this action shall be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

///

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over this matter should any party need to seek enforcement of any Settlement Agreement.

Respectfully Submitted By:

| GABROY LAW OFFICES | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>Gabroy Law Offices<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br>(702) 259-7777<br>*Attorneys for Plaintiff* | By: /s/ Howard Cole<br>Howard E. Cole, Esq.<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>(702) 949-8200<br>hcole@lewisroca.com<br>*Attorney for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 30, 2021